1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California 94102
      Telephone:    (415) 436-6840
8     Facsimile:    (415) 436-7234          ☐ **ORIGINAL**
      Email: kevin.barry@usdoj.gov
9
   Attorneys for Plaintiff
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,        )    CR No. 09-70296 EMC
                                     )
16          Plaintiff,               )
                                     )    STIPULATION AND [PROPOSED] ORDER
17     v.                            )    RE: MENTAL EVALUATION
                                     )
18  NOEL GILLETT,                    )
                                     )
19          Defendant.               )
                                     )
20  _____ )

21       On April 1, 2009, the parties in this case appeared before Magistrate Judge Zimmerman

22  for the defendant's initial appearance on a Complaint. At that initial appearance, counsel for the

23  government requested that the defendant be evaluated by a psychiatrist or psychologist to

24  determine the defendant's mental condition, pursuant to 18 U.S.C. § 3142(g)(3)(A).

25       On April 7, 2009, the parties appeared before Judge Zimmerman for a detention hearing,

26  at which time the defendant waived a detention hearing, subject to a preservation of his right to

27  request a detention hearing at a later time. At the April 7 hearing, the parties and the Court

28  discussed the defendant's mental state once again, and the parties agreed to explore what mental

STIP. & [PROPOSED] ORDER RE: MENTAL EVALUATION
CR 09-70296 EMC                                                          1

1  evaluation and/or treatment options were available through Pre-Trial Services. The Court agreed
2  that such an evaluation would be appropriate.

3      After the hearing, counsel for the defendant consulted further with Pre-Trial Services and
4  was informed that the defendant could be evaluated by a mental health professional, but that a
5  written order from the Court is required. Pursuant to that requirement, the parties hereby
6  stipulate that such an evaluation is necessary and respectfully request that the Court order that
7  such an evaluation be conducted at the direction of Pre-Trial Services. Counsel for the defendant
8  will coordinate with Pre-Trial Services and communicate with the Government and the Court as
9  appropriate for future dates.

10

11  SO STIPULATED:

                                 JOSEPH P. RUSSONIELLO
12                                     United States Attorney

13

14  DATED: April 8, 2009                 /s/
                                   KEVIN J. BARRY
15                                     Assistant United States Attorney

16

17  DATED: April 8, 2009                 /s/
                                   LOREN G. STEWART
18                                     Attorney for NOEL GILLETT

19

20                             [PROPOSED] ORDER

21      For the reasons stated above and at the hearings in this matter, the Court finds that an
22  evaluation of the defendant's mental condition by a psychiatrist or psychologist is necessary, and
23  hereby ORDERS that Pre-Trial Services have such an evaluation be conducted.

24

25      **IT IS SO ORDERED.**

26

27  DATED: /3 /pr 09

                                   THE HON. BERNARD ZIMMERMAN
28                                     United States Magistrate Judge

STIP. & [PROPOSED] ORDER RE: MENTAL EVALUATION
CR 09-70296 EMC                                                2