JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:    (415) 436-6840
   Facsimile:    (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CR No. 09-0389 JSW |
|       Plaintiff,                                         ) | |
|     v.                                                     ) | STIPULATION AND [PROPOSED] ORDER |
| NOEL GILLETT,                                   ) | CHANGING HEARING DATE AND EXTENDING RULE 5.1 DEADLINES |
|       Defendant.                                    ) | |

       On April 1, 2009, the parties in this case appeared before the Court for the defendant's initial appearance on a Complaint. On April 7, 2009, the parties appeared once again for a detention hearing, at which time the defendant waived a detention hearing, subject to a reservation of his right to seek release from detention at a later time. At that hearing, the Court set the date for a Preliminary Hearing or Arraignment for April 15, 2009, at 9:30 a.m.

       Counsel for the defendant is currently in trial, and is unavailable on April 15, 2009. To ensure continuity of counsel, the parties respectfully request that the date for the defendant's Preliminary Hearing or Arraignment be rescheduled for April 17, 2009, at 9:30 a.m. The parties

further request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through April 17, 2009.  The parties agree and submit that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this brief extension.

SO STIPULATED:
                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney


DATED: April 14, 2009                 /s/
                                                KEVIN J. BARRY
                                                Assistant United States Attorney


DATED: April 14, 2009                 /s/
                                                LOREN G. STEWART
                                                Attorney for NOEL GILLETT


## [PROPOSED] ORDER

To ensure continuity of counsel, the Court finds good cause to change the hearing date for the defendant's Preliminary Hearing or Arraignment from April 15, 2009, at 9:30 a.m. to April 17, 2009, at 9:30 a.m.  The Court also finds good cause under Federal Rule of Criminal Procedure ("FRCP") 5.1(d) to extend the time limits set forth in FRCP 5.1(c) through April 17, 2009. .

IT IS SO ORDERED.


DATED: April 15, 2009                 _____
                                                THE HONORABLE BERNARD ZIMMERMAN
                                                United States Magistrate Judge